# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Edward Lavar King

Inmate Identification Number: 270846

_____

(Enter above the full name of the plaintiff
in this action)

vs.

Lai Man Ku

Address: Flat 30l0 Choi Fung Court, Ln.

NGAU CHI WAN, kowloon

Hong Kong

(Enter above full name(s) of the defendant(s)
in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

CV-17-BE-0225-NE

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )        No (X)

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff: _____

         _____

         Defendant(s): _____

         _____

    2.    Court (if Federal Court, name the district; if State Court, name the county)

    _____

    3.    Docket number _____

    4.    Name of judge to whom case was assigned _____

    _____

    5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    _____

    6.    Approximate date of filing lawsuit _____

    _____

    7.    Approximate date of disposition _____

II.    Place of present confinement **Limestone Correctional Facility**

    A.    Is there a prisoner grievance procedure in this institution?
          Yes ( )    No (✔)

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✔)

    C.    If your answer is YES:

        1.    What steps did you take? _____

        _____

        2.    What was the result? _____

    D.    If your answer is NO, explain why not: **This lawsuit is against a non-A.D.O.C. employee.**

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Edward Lavar King

Address 28779 Nick Davis rd., Harvest, Alabama 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Lai Man Ku

Is employed as Tour Guide

at Miramar Tour Agency; Kowloon, Hong Kong

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On December 9th 2016, I texted my ex-girlfriend Lai Miku asking her if she was trying to have me murdered in prison? She called instead of texting from a local phone # which was (256)459-8875. I asked her, "Are you trying to have me murdered in prison?" She replied, "I'm paying you back for what you did to me." I then said, "I've been writing to you in Hong Kong." She screams, "Don't do nothing!!" and hung up in my face. She was living at 602 S. 14th Street, Gadsden, Al.

4

35901 at the time.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Order her to pay me 1999,999.99 for placing an dilliberate indifference on my life; That she be sentenced to the full extent of the law for conspiracy to commit murder and murder for hire; That an investigation be granted on all the contacts that are in her phone, on her social media accounts, that has had money sent from her or to her through Pay-Pal accounts, Money Gram, Access Secure, and Vush card that may have known about the conspiracy but was being paid or bargained with not to say nothing. If anything happens to my life; that payments be made to Amy Lynn Zapata and her children.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02-30-27

Edward Lavar King
SIGNATURE

ADDRESS 28779 Nick Davis rd.
Harvest, Alabama 35749

AIS # 270846

Edward Lavar King #220846
26779 Nick Davis Rd.
Harvest, Alabama 35749

BIRMINGHAM AL 350

09 FEB 2017 PM 3 L

CLERK OF
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, Huntsville Div.
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203-2195

35203$2000 C006

[LEGAL MAIL]

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.